NUMBER
13-10-00303-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

LAWRENCE FIELDS, JR.,
                                                          Appellant,

 

                                                             v.

 

VIP CAR WASH,                                                                              Appellee.


____________________________________________________________

 

                          On
appeal from the County Court at Law

                                   of
San Patricio County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

         Before Chief
Justice Valdez and Justices Yañez and Garza

Memorandum Opinion
Per Curiam

 








Appellant,
Lawrence Fields, Jr., perfected an appeal from a judgment entered by the County
Court at Law of San Patricio County, Texas, in cause number 9164.  Appellant has
filed a motion to dismiss the appeal on grounds that he no longer wishes to
pursue this appeal.  Appellant requests that this Court dismiss the appeal.

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant’s motion to dismiss is granted, and the
appeal is hereby DISMISSED.  Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the

29th day of July, 2010.